# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>BRUCE D. HALL, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05374<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BRUCE D. HALL the above process on the 28 day of December, 2016, at 1:38 o'clock, PM, at 1918 W Jefferson St Philadelphia, PA 19121 4131, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: TYRONE (REFUSED LAST NAME)
Relationship/Title/Position: BROTHER-IN-LAW
Remarks: _____
Description: Approximate Age 46-50   Height 5'6   Weight 180   Race BLACK   Sex MALE   Hair BLACK
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of **Pa**          )
                                      ) SS:
County of **Berks**                   )

Before me, the undersigned notary public, this day, personally, appeared ___D'Wayne Henriksson___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158107
Case ID #: 4774464

Subscribed and sworn to before me
this **5** day of **Jan** 20 **17**

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017